MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorney for Defendant Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KYLE JASON KENNEDY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT; BAYVIEW LOAN SERVICING, LLC; and DOES I through X, inclusive,<br><br>Defendants. | Case No. 3:22-cv-00043-CLB<br><br>**STIPULATION TO EXTEND TIME FOR BANK OF AMERICAN, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendant Bank of America, N.A. (**BANA**) and plaintiff Kyle Jason Kennedy stipulate as follows:

1. On December 12, 2021, plaintiff filed his complaint in the Second Judicial District Court, Washoe County, Nevada; Case No. CV21-02215 [ECF No. 1-1 at Ex. A].

2. BANA was served with the summons and complaint on January 19, 2022.

3. On January 25, 2022, defendant The Secretary of Housing and Urban Development (**HUD**) filed a notice of removal of the action to this court.  [ECF No. 1].

4. Per FRCP 81(c), the time for filing a response to an initial pleading in a removed action is the later of 21 days after receipt of service of the initial pleading or seven days after removal.

60428439;1

1

Accordingly, BANA's response is currently due February 9, 2022, 21 days following service of the complaint.

5. Because BANA is investigating, and requires additional time to investigate, the allegations raised in plaintiff's complaint, plaintiff and BANA have agreed to extend the deadline for BANA to respond to the complaint to **Monday, February 21, 2022**.

This is the first stipulation for extension of time for BANA to respond to plaintiff's complaint. The extension is requested in good faith and is not for purposes of delay or prejudice to any party.

| Dated this 9th day of February, 2022. | Dated this 9th day of February, 2022. |
|---|---|
| **AKERMAN LLP** | **THE BALL LAW GROUP** |
| /s/ Melanie D. Morgan | /s/ Zachary T. Ball |
| MELANIE D. MORGAN, ESQ. | ZACHARY T. BALL, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 8364 |
| SCOTT R. LACHMAN, ESQ. | 1935 Village Center Circle, Suite 140 |
| Nevada Bar No. 12016 | Las Vegas, Nevada 89134 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, Nevada 89134 | *Attorneys for Plaintiff Kyle Jason Kennedy* |
| *Attorneys for Defendant Bank of America, N.A.* | |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No. 3:22-cv-00043-CLB

February 10, 2022
**DATED**