MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorney for Defendant Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KYLE JASON KENNEDY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT; BAYVIEW LOAN SERVICING, LLC; and DOES I through X, inclusive,<br><br>Defendants. | Case No. 3:22-cv-00043-MMD-CLB<br><br>**STIPULATION AND ORDER OF DISCLAIMER OF INTEREST AND DISMISSAL OF BANK OF AMERICA, N.A.** |

Defendant Bank of America, N.A. (**BANA**) and Plaintiff Kyle Jason Kennedy, by and through their counsel of record, stipulate as follows:

1. On or about May 10, 2013, BANA obtained an interest in real property situated in Washoe County, Nevada through an assignment of deed of trust recorded in the official records of Washoe County as document number 4236245.  This property is commonly referred to as 7088 Sacred Circle, Sparks, Nevada 89436, APN 526-582-32, and legally described as follows:

> **ALL THAT CERTAIN REAL PROPERTY SITUATED WITHIN A PORTION OF SECTION SEVEN (7) TOWNSHIP TWENTY (20) NORTH, RANGE TWENTY-ONE (21) EAST, MOUNT DIABLO MERIDIAN, CITY OF SPARKS, STATE OF NEVADA, BEING A PORTION OF LOT 108 OF SUBDIVISION TRACT MAP NO. 4652 RECORDED MAY 25, 2006, AS FILE NO 3392363. IN THE OFFICIAL RECORDS OF WASHOE COUNTY, NEVADA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:**

**BEGINNING AT THE NORTHWEST CORNER OF SAID LOT 108.**
**THENCE ALONG THE NORTHERLY LINE OF SAID LOT 108 THE FOLLOWING THREE (3) COURSES:**
**1. NORTH 89 DEGREES 25 MINUTES 30 SECONDS EAST, 21.00 FEET;**
**2. SOUTH 07 DEGREES 57 MINUTES 40 SECONDS EAST, 4.20 FEET;**
**3. NORTH 89 DEGREES 25 MINUTES 30 SECONDS EAST, 19.57 FEET;**
**THENCE DEPARTING SAID NORTHERLY LINE, SOUTH 34 DEGREES 11 MINUTES 02 SECONDS EAST, 6.41 FEET;**
**THENCE NORTH 89 DEGREES 25 MINUTES 30 EAST, 55.51 FEET TO THE NORTHEAST CORNER OF SAID LOT 108;**
**THENCE ALONG THE EASTERLY LINE OF SAID LOT 108, SOUTH 00 DEGREES 34 MINUTES 30 SECONDS EAST, 38.33 FEET TO THE SOUTHEAST CORNER OF SAID LOT 108;**
**THENCE ALONG THE SOUTHERLY LINE OF SAID LOT 108, SOUTH 89 DEGREES 25 MINUTES 30 SECONDS WEST, 100.17 FEET TO THE SOUTHWEST CORNER OF SAID LOT 108;**
**THENCE ALONG THE WESTERLY LINE OF SAID LOT 108, NORTH 00 DEGREES 34 MINUTES 30 SECONDS WEST, 47.83 FEET TO THE POINT OF BEGINNING**.

2. On or about February 11, 2014, BANA assigned its interest in the property to The Secretary of Housing and Urban Development through assignment of deed of trust recorded in the official records of Washoe County as document number 4367164 on June 27, 2014.

3. On or about December 21, 2021, Plaintiff filed a complaint for quiet title and declaratory relief against BANA and other defendants related to the property.

4. BANA does not believe it holds an interest in the property and expressly disclaims any right, title or interest in or to the subject property.

5. Plaintiff agrees, based upon BANA's disclaimer set forth herein, that BANA should be dismissed from this action, with prejudice; and

…

…

…

…

…

…

…

…

62318191;1

6. Based upon BANA's disclaimer set forth herein, plaintiff and BANA agree to bear their own attorneys' fees and costs.

| AKERMAN LLP | THE BALL LAW GROUP |
|---|---|
| */s/ Melanie D. Morgan*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Bank of America, N.A.* | */s/ Zachary T. Ball*<br>ZACHARY T. BALL, ESQ.<br>Nevada Bar No. 8364<br>1935 Village Center Circle, Suite 140<br>Las Vegas, Nevada 89134<br><br>*Attorney for Kyle Jason Kennedy* |

**ORDER**

**IT IS SO ORDERED**.

UNITED STATES DISTRICT JUDGE
Case No.: 3:22-cv-00043-MMD-CLB

DATED: 2/22/2022

3

62318191;1